McGREGOR W. SCOT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-00022-KJN |
| Plaintiff, | ORDER TO FILE PUBLIC REDACTED COMPLAINT |
| v. | |
| ARTURO NAPOLES, et al, | |
| Defendants. | |

The government's motion to unseal the above-referenced case, keep the Complaint and any reference to the third defendant sealed, keep the arrest warrant for the third defendant sealed, and to file a redacted copy of the sealed Complaint is GRANTED.

Dated: February 2, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO FILE PUBLIC REDACTED COMPLAINT